**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1239-22

THOMAS MAINO AND
PBA LOCAL NO.: 295,

    Plaintiffs-Appellants,

v.

LITTLE EGG HARBOR
TOWNSHIP,

    Defendant-Respondent.

_____

Submitted January 16, 2024 – Decided January 19, 2024

Before Judges Mawla and Vinci.

On appeal from the Superior Court of New Jersey, Law Division, Ocean County, Docket No. L-0678-22.

Sciarra & Catrambone, LLC, attorneys for appellants (Christopher A. Gray, of counsel and on the brief; Frank Carmen Cioffi, on the brief).

Rothstein, Mandell, Strohm, Halm & Cipriani, attorneys for respondent (Andrea E. Wyatt, of counsel and on the brief).

PER CURIAM

The court is advised that the matter has been amicably resolved, the parties have stipulated to the dismissal of the appeal, and the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1239-22